# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2014

### NO. 03-12-00839-CR

**Armando Castilleja, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED IN PART; MODIFIED AND, AS MODIFIED, AFFIRMED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. Therefore, the Court affirms the trial court's judgments of conviction for counts one, two, three, four, five, six and seven. However, there was non-reversible error in the sentence for count eight that requires correction. Therefore, the Court modifies the trial court's sentence for count eight to delete "CONSECUTIVELY" and instead reflect that the sentence shall run "CONCURRENTLY" and to delete the cumulation order. The sentence, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.